**AMERICAN PUZZLE COMPANY, LLC, Appellant,**

v.

**WALTER WURDACK, INC., Respondent.**

No. ED 101406

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: September 29, 2015

Jay L. Kanzler, Jr., Christopher L. Kanzler, Coren N. Brown, 2001 South Big Bend, St. Louis, Missouri 63117, for Appellant.

Dean C. Nichols, 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102–1821, T. Michael Ward, Teresa M. Young, 800 Market Street, Suite 1100, St. Louis, Missouri 63101, for Respondent.

Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

American Puzzle Company ("American Puzzle") appeals from the trial court's judgment, following a jury trial, in favor of Walter Wurdack, Inc. ("Defendant") in a breach of contract claim relating to Defendant's alleged promise to produce a wood sealant for American Puzzle that was compliant with child safety laws in the Consumer Products Safety Improvements Act ("CPSIA"), a regulation applicable to toy manufacturers. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No juris-

prudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).